■ HOWARD L. WIEDER, Appellant, v MURRAY L. SKALA et al., Respondents, et al., Defendant.—Order, Supreme Court, New York County (Edward Lehner, J.), entered on August 21, 1989, unanimously affirmed, for the reasons stated by Edward Lehner, J., without costs and without disbursements. Concur—Kupferman, J. P., Milonas, Kassal and Rubin, JJ. *[See,* 144 Misc 2d 346.]

■ ELAINE I. SCHWARTZ et al., Appellants, v CITY OF NEW YORK et al., Respondents.—Order, Supreme Court, New York County (Diane Lebedeff, J.), entered on or about October 18, 1989, unanimously affirmed, for the reasons stated by Diane Lebedeff, J., without costs and without disbursements. Concur —Sullivan, J. P., Ross, Rosenberger, Kassal and Wallach, JJ.